IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS HEREBY ORDERED that a preliminary Scheduling Conference is hereby set for **November 21, 2005**, **at 3:00 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C. COLO. LCivR 16.2 and 26.1.  The purpose of the preliminary scheduling conference is to consider the nature and status of the case, the case schedule, and what discovery, if any, will be needed.  **Plaintiff and his case manager will contact the court at: (303) 844-6408 on the above date and time in order to participate.**

      IT IS FURTHER ORDERED that the Clerk of the Court is to mail a copy of this Minute Order to:

CASE MANAGER
FOR REG. NO. 88616
COLORADO STATE PENITENTIARY
P. O. BOX 777
CANON CITY, CO 81215-0777


DATED:  November 9, 2005