IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon to set a case schedule.

IT IS ORDERED that counsel for the defendants shall contact the plaintiff to reach agreement on the length of the trial and thereafter shall contact the chambers of Judge Krieger, on or before **December 1, 2005**, to obtain a trial date.

Dated November 21, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge