IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

## ORDER
_____

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:**              **February 1, 2006**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**              **March 1, 2006**

**Expert Disclosures:**   The parties do not anticipate the need for expert witnesses.

**Final Pretrial Conference:**   A final pretrial conference will be held in this case on **May 23, 2006, at 8:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 16, 2006**.

Dated November 21, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge