IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Request for** [sic] **Production of Documents and All Evidence** [Doc. # 36, filed 1/26/06] (the "Motion"). The plaintiff seeks the production of certain documents for inspection and copying. I construe the Motion as a request for an order to compel the defendants to produce discovery.

The rules of civil procedure permit a party to file a motion to compel only after attempts to obtain discovery pursuant to the appropriate rules of discovery have failed. Fed.R.Civ.P. 37. There is no indication in the record that the plaintiff attempted to obtain the discovery pursuant to the rules prior to filing his Motion. Accordingly,

IT IS ORDERED that the plaintiff's Motion is DENIED.

Dated January 30, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge