IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

  This matter arises in connection with my Order to Show Cause [Doc. # 60, filed 6/1/06]. On June 5, 2006, the plaintiff filed a letter explaining that his failure to appear at the final pretrial conference was due to the fact that his case manager was not aware of the pretrial conference. The plaintiff also requests that the pretrial hearing be reset. The case is set for a trial to the court beginning August 22, 2006.

  I have entered a pretrial order. Consequently, there is no need to reset the pretrial conference.

  Good cause having been shown for the plaintiff's failure to appear at the pretrial conference:

  IT IS ORDERED that the Order to Show Cause is DISCHARGED.

  The plaintiff is reminded that his case is set for a final trial preparation conference with the district judge on July 19, 2006, at 8:00 a.m.

Dated June 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge