IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

Plaintiff,

v.

RICHARD SOARES,
TIM SMELSER, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Clarification** [Doc. # 66, filed 6/14/06] (the "Motion"). The Motion states in its entirety the following:

> Comes now Edmundo Hernandez, pro se, Plaintiff, respectfully requesting a clarification of the mishap on June 1st, 2006 pretrial hearing.

A review of the case file indicates the following:

The case was set for a final pretrial conference on June 1, 2006, at 9:00 a.m. Counsel for the defendants appeared at that date and time, but the plaintiff, who is incarcerated at the Colorado State Penitentiary and proceeding pro se, neither appeared nor contacted the court. Consequently, I issued an order to show cause why the case should not be dismissed based on the plaintiff's failure to comply with the order setting the pretrial conference. *Order to Show Cause* [Doc. # 60, filed 6/1/06]. On June 5, 2006, the plaintiff submitted a letter stating in relevant part:

> I was waiting to be called for my hearing on 6/1/2006 at 9:00 a.m.
> I had a copy where states that a copy had been sent to my case
> manager at Colorado State Penitentiary. So I waited until 9:15
> a.m. asked the floor staff to please call my case manager Moore. . .
> She didn't know what I was talking about. . .

*Letter* [Doc. # 63, filed 6/5/06]. Based on the statements contained in the Letter, I discharged the order to show cause. See *Order* [Doc. # 64, filed 6/6/06].

In the meantime, at the final pretrial conference I was presented with a proposed Final Pretrial Order containing all necessary information, including the material supplied by the plaintiff. I entered the Final Pretrial Order at the pretrial conference. *Final Pretrial Order* [Doc. # 61, filed 6/1/06].

The case is set for a final trial preparation conference on July 19, 2006, and a two day trial to the court is scheduled to begin on August 22, 2006, at 9:00 a.m.

The Motion does not specify what it is that the plaintiff seeks to have clarified. My review of the file indicates that no clarification is necessary.

IT IS ORDERED that the Motion is DENIED.

Dated June 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge