IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01495-MSK-BNB

EDMUNDO HERNANDEZ,

      Plaintiff,

v.

RICHARD A. SOARES,
TIM SMELSER
and TREVOR WILLIAMS,

      Defendants.

_____

**ORDER DENYING MOTION FOR RECONSIDERATION**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Reconsideration **(# 75)**.

The Plaintiff inmate commenced this action pursuant to 42 U.S.C. § 1983, alleging that his assignment to Administrative Segregation violated his Due Process and Equal Protection rights under the 14th Amendment to the United States Constitution, as well as his right to an inmate representative under the 6th Amendment. On July 20, 2006, the Court granted **(# 74)** the Defendants summary judgment on all three of the Plaintiff's claims. On August 22, 2006, the Plaintiff filed the instant Motion for Reconsideration.

Because it was filed more than 10 days after the entry of the Court's Order granting summary judgment, the Court treats the Plaintiff's motion as one made pursuant to Fed. R. Civ. P. 60(b)(6). A motion for reconsideration under Fed.. R. Civ. P. 60(b) is an appropriate means to

Case 1:02-cv-01495-MSK-BNB   Document 78   Filed 10/24/06   USDC Colorado   Page 2 of 2

review newly-discovered evidence, to correct clear error, or prevent manifest injustice. *Major v. Benton*, 647 F.2d 110, 112 (10th Cir.1981). Relief under these theories is reserved for extraordinary circumstances, such as where the Court has obviously misapprehended a party's position on the facts or the law, or the Court has mistakenly decided issues outside of those the parties presented for determination. *See e.g. Sithon Maritime Co. v. Holiday Mansion*, 177 F.R.D. 504, 505 (D.Kan.1998). It is not a tool to re-raise issues that were or could have been raised in prior briefing. V*an Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir.1991).

Although the Court construes the Plaintiff's *pro se* motion liberally, *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir.1991), it finds that the Plaintiff has failed to come forward with newly-discovered evidence, demonstrated that the Court misapprehended his position, or otherwise shown a basis for reconsideration. Rather, the Plaintiff merely re-raises arguments that he previously presented and which the Court rejected, or raises new arguments that could have been raised on the facts presented in the prior briefing, but were not. Accordingly, the Plaintiff's Motion for Reconsideration is **DENIED (# 75)**.

Dated this 24th day of October, 2006

                                        **BY THE COURT:**

                                        *[signature: Marcia S. Krieger]*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge